■ KENYON M. BUTTERFIELD et al., Respondents, v HAROLD CARPENTER, Defendant, and MERCHANTS MUTUAL INSURANCE COMPANY, Appellant.—Order unanimously affirmed, with costs. (See *Becker v Huss Co.,* 55 AD2d 854.)

(Appeal from order of Erie Supreme Court—apportionment of settlement.) Present—Marsh, P. J., Moule, Dillon, Goldman and Witmer, JJ.